IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    **vs.**                                     **CASE. NO. 3:00CR096-26(SEC)**

**RICARDO JOSE RODRIGUEZ-ESTRADA,**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR SOME DISPOSITION**

**TO THE HONORABLE SALVADOR E. CASELLAS**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

      **COMES NOW, Luz Enid Aponte-Ortiz, U.S. PROBATION OFFICER of this Court**, presenting an official report on the conduct and attitude of releasee, Ricardo José Rodríguez-Estrada, who on August 31, 2001, was sentenced to seventy (70) months of imprisonment after having plead guilty of violating Title 21, U.S. Code, § 841 (a)(1) & 846. A four (4) year supervised release term and a $100.00 special monetary assessment were also imposed. On May 28, 2004, the offender was released from custody at which time her supervised release term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On July 21, 2004, during a routine office contact with the offender she expressed her interest in continuing a consensual relationship she had established with Ms. Lourdes Milagros Nieves-Varela, another offender under supervision of this officer.

**WHEREFORE**, since the offender is in full compliance of his conditions, it is respectfully requested, unless ruled otherwise, that Mr. Rodríguez-Estrada's petition to engage in a relationship with Ms. Lourdes Milagros Nieves-Varela be authorized.

In San Juan, Puerto Rico, this 22nd day of December 2004.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Luz E. Aponte
Luz E. Aponte
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-766-5842
Fax: 787-766-5945
luz_aponte@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 22, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edwin O. Vazquez, Esq., Assistant U.S. Attorney and Ernesto Reyes-Blasino, Esq..

In San Juan, Puerto Rico, this 22nd day of December 2004.

s/Luz E. Aponte
Luz E. Aponte
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-766-5842
Fax: 787-766-5945
luz_aponte@prp.uscourts.gov

LEA/